UNITED STATES DISTRCIT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NEW BERN DIVISION

| | |
|---|---|
| DAKOTA WILLIAMS )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>FRIT CAR, INC., )<br>)<br>Defendants. )<br>_____/ | Case No.: 4:21-cv-00120-D |

**ORDER ON PARTIES' MOTION TO STAY ALL
DEADLINES PENDING MEDIATION**

It appearing to the Court that counsel for Plaintiff Dakota Williams and Defendant Frit Car Inc. move the Court to stay all proceedings and deadlines pending conclusion of mediation scheduled on November 17, 2021. It further appears to the Court that there is good cause for the motion and that should be granted.

IT IS ORDERED AND ADJUDGED that the Parties' Motion to Stay Proceedings and all Deadlines is hereby GRANTED, and the parties must inform the court of the outcome of mediation within five (5) days after the parties have settled or reached an impasse.

SO ORDERED. this 4 day of November, 2021.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE